1102

No. 98–8383. BROWN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–8391. WILLIAMS v. APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8417. JIMENEZ CASTILLEJA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8433. COLE v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 98–8435. LARKINS v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8440. LEBEDUN v. VIRGINIA (two judgments). Sup. Ct. Va. Certiorari denied.

No. 98–8453. GARDNER v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 98–8463. GUZMAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–8475. SIMPSON v. LEAR ASTRONICS CORP. C. A. 9th Cir. Certiorari denied.

No. 98–8484. CALDWELL v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8485. BEASLEY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–8492. BUTLER v. RENO POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8494. EASLEY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8507. HUTCHINSON v. FULCOMER ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8559. HARPER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.